# EXHIBIT B

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [14.P] A security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources for providing: | Vectra AI ("Company") makes, uses, sells and/or offers to sell a security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources for providing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Vectra AI ("security subsystem"), an AI cybersecurity platform ("computing resources") which is used to detect and respond to cyber threats within the different parts of organizations. It integrates with multiple security solutions to provide security to the endpoints such as the organization from different cyber threats ("configurable between a network and a host of an endpoint").<br><br>**Vectra AI Platform** — Security subsystem<br>Integrated signal for extended detection and response (XDR)<br><br>The Vectra AI Platform provides hybrid attack surface visibility across identity, public cloud, SaaS, data center networks and endpoints via EDR integration. With patented AI-driven Attack Signal Intelligence™ the Vectra AI Platform prioritizes real attacks in real-time with integrated, automated and co-managed response that moves at the speed and scale of hybrid attackers.<br><br>Source: https://assets-global.website-files.com/64e50cbe2b6f932c04238c14/651aabd9d69130016183b378_vectra-platform-overview.pdf, Page 1<br><br>The Vectra Threat Detection and Response platform provides end-to-end protection against advanced threats – from the enterprise to the cloud and data centers – by integrating a wide range of best-in-class security solutions.<br><br>Source: https://www.vectra.ai/partners/technology-partners |

The Vectra® Threat Detection and Response® platform integration with Falcon Insight™ endpoint detection and response from CrowdStrike® enables security teams to unify network and endpoint context to detect, verify and isolate cyberattacks in the enterprise quickly and automatically.

Together, Vectra and CrowdStrike solve the most persistent security problems facing enterprise organizations today: finding and stopping active cyberattacks and optimising the time and resources of IT security teams.

When it comes to hunting down and responding to network cyberattacks, even a highly qualified team of security analysts can be overburdened by manual, inefficient processes and lack of visibility. Analysts need real-time visibility and context across any surface an attacker could infiltrate. By harnessing Vectra's patented Security AI with CrowdStrike, security teams gain full visibility of threats across network and endpoints.

Source: https://www.vectra.ai/partners/technology-partners/crowdstrike

## Why integrate Vectra AI with Crowdstrike?

✓ Single unified view across endpoint and network activity with active detections across all data sources to allow incidents to be found before they can cause harm.

✓ The view is organized by severity and threat score, allowing administrators to easily see the most critical threats and those that require immediate attention.

Source: https://www.vectra.ai/partners/technology-partners/crowdstrike

2

| | |
|---|---|
| | ✓ Use the network and endpoint context to isolate compromised hosts from the network to halt cyberattacks and avoid data loss.<br><br>Source: https://www.vectra.ai/partners/technology-partners/crowdstrike<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [14.1] an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host. | Company provides an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Vectra AI Platform's open architecture ("an open platform") allows to connect with multiple security technologies for integrated investigations of attacks. It provides end-to-end protection ("defense functions") against advanced threats across network and endpoints ("for protection of the host") by integrating multiple security solutions ("multiple vendors"). Since, it provides end-to-end protection to the organization endpoints via security vendors, therefore, upon information and belief, the Vectra AI platform receives and executes security function software modules from these vendors.<br><br>**Integrations**<br>**Integrate with the best of the best**<br>The Vectra AI Platform's open architecture lets you connect to 40+ leading security technologies for integrated investigations across your entire attack surface.<br><br>Source: https://www.vectra.ai/products/platform |

3



Source: https://www.vectra.ai/partners/technology-partners

Source: https://www.vectra.ai/partners/technology-partners (annotated)

Multiple vendors

4

The Vectra® Threat Detection and Response® platform integration with Falcon Insight™ endpoint detection and response from CrowdStrike® enables security teams to unify network and endpoint context to detect, verify and isolate cyberattacks in the enterprise quickly and automatically.

Together, Vectra and CrowdStrike solve the most persistent security problems facing enterprise organizations today: finding and stopping active cyberattacks and optimising the time and resources of IT security teams.

When it comes to hunting down and responding to network cyberattacks, even a highly qualified team of security analysts can be overburdened by manual, inefficient processes and lack of visibility. Analysts need real-time visibility and context across any surface an attacker could infiltrate. By harnessing Vectra's patented Security AI with CrowdStrike, security teams gain full visibility of threats across network and endpoints.

Source: https://www.vectra.ai/partners/technology-partners/crowdstrike

## Why integrate Vectra AI with Crowdstrike?

✓ Single unified view across endpoint and network activity with active detections across all data sources to allow incidents to be found before they can cause harm.

✓ The view is organized by severity and threat score, allowing administrators to easily see the most critical threats and those that require immediate attention.

Source: https://www.vectra.ai/partners/technology-partners/crowdstrike

5

|  | ✓ Use the network and endpoint context to isolate compromised hosts from the network to halt cyberattacks and avoid data loss.<br><br>Source: https://www.vectra.ai/partners/technology-partners/crowdstrike<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

## 2. List of References

1. https://www.vectra.ai/, last accessed on 1 December, 2023.
2. https://www.vectra.ai/partners/technology-partners, last accessed on 1 December, 2023.
3. https://assets-global.website-files.com/64e50cbe2b6f932c04238c14/651aabd9d69130016183b378_vectra-platform-overview.pdf, last accessed on 1 December, 2023.
4. https://www.vectra.ai/partners/technology-partners/crowdstrike, last accessed on 1 December, 2023.