## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:23-CV-1528-RP

Plaintiff:
**Speech Transcription, LLC**

vs.

Defendant:
**Vectra AI, Inc.**

For:
Garteiser Honea, PLLC
119 W. Ferguson St.
Tyler, TX 75702

Received by Dane Ray Cuppett on the 27th day of December, 2023 at 9:34 am to be served on **Vectra AI, Inc. by serving its registered agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **27th day of December, 2023** at **3:20 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Original Complaint for Patent Infringement** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company dba CSC-Lawyers Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Vectra AI, Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 27th day of December, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/2025

Date: 12/27/2023

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2023017519

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m