UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VECTRA AI, Inc.,**<br><br>Defendant | Case No. 1:23-cv-01528-RP<br><br>Jury Trial Demanded |

### PLAINTIFF SPEECH TRANSCRIPTION, LLC'S
### MOTION FOR A CLERK'S ENTRY OF DEFAULT
### AS TO VECTRA AI, INC.

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Speech Transcription, LLC ("Speech Transcription" or "Plaintiff") respectfully requests that the Clerk of the Court enter a default as to Defendant Vectra AI, Inc. ("Defendant"). In support of this request, Speech Transcription states the following:

1. On December 15, 2023, Speech Transcription filed an Original Complaint for Patent Infringement ("Complaint") against Vectra AI (Dkt. No. 1).

2. The Clerk issued a summons as to Vectra AI on December 18, 2023 (Dkt. No. 4). On December 27, 2023, the summons was served on Vectra AI's registered agent and the proof of service was filed with the Court on January 26, 2023 (Dkt. No. 5). *See* Exhibit A, Declaration of Colin R. Jensen in support of Speech Transcription's Motion for a Clerk's Entry of Default as to Vectra AI, Inc.

3. Pursuant to Federal Rules of Civil Procedure 4(d) and 12, and the Court's docket

notice in Dkt. No. 5, Vectra AI was required to answer or otherwise respond by January 17, 2024.

4. To date, Vectra AI has not filed an Answer to Speech Transcription's Complaint, and no attorney has made an appearance on behalf of Vectra AI, Inc. No attorney has otherwise contacted Speech Transcription or its attorneys to discuss an extension to respond to the Complaint.

Therefore, Speech Transcription requests that the Clerk of the Court enter the default of Vectra AI for failure to file an Answer. A proposed entry of default of Vectra AI is included herewith for the Clerk's convenience.

//

Dated: January 29, 2024                     Respectfully Submitted

                                            */s/ Randall Garteiser*
                                            M. Scott Fuller
                                            Texas Bar No. 24036607
                                            sfuller@ghiplaw.com
                                            Randall Garteiser
                                            Texas Bar No. 24038912
                                            rgarteiser@ghiplaw.com

                                            **GARTEISER HONEA, PLLC**
                                            119 W. Ferguson Street
                                            Tyler, Texas 75702
                                            Telephone: (903) 705-7420
                                            Facsimile: (903) 405-3999

                                            **ATTORNEYS FOR PLAINTIFF
                                            SPEECH TRANSCRIPTION, LLC**