UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VECTRA AI, Inc.,**<br><br>Defendant | **Case No. 1:23-cv-01528-RP**<br><br>**Jury Trial Demanded** |

**DECLARATION OF COLIN R. JENSEN IN SUPPORT OF
PLAINTIFF SPEECH TRANSCRIPTION, LLC'S REQUEST TO THE CLERK
FOR ENTRY OF DEFAULT AS TO VECTRA AI, INC.**

I, Colin R. Jensen, declare as follows:

1. I am employed at the law firm, Garteiser Honea, PLLC. We represent Plaintiff Speech Transcription, LLC ("Speech Transcription") in this lawsuit. I make this declaration in support of Speech Transcription's Request to the Clerk for Entry of Default as to Vectra AI, Inc. ("Defendant"). I have personal knowledge of the information contained in this declaration and can testify to the truth of these statements.

2. On December 27, 2023, Vectra AI was formally served with Speech Transcription's original complaint and summons. According to the process server's affidavit, these documents were "executed to the REGISTERED AGENT by delivering a true copy of the Summons in a Civil Action and Original Complaint for Patent Infringement with the date of delivery endorsed thereon by me, to Kaneisha Gross, Corporation Service Company dba CSC-Lawyers Incorporating Service Company as the designated agent to accept delivery of process at

the address of 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701 on behalf of Vectra AI, Inc. and informed said person of the contents therein." Speech Transcription filed a copy of the process server's affidavit with the Court on January 26, 2024 (Dkt. 5.)

3. As shown in the Court's docket text, Defendant was required to appear and Answer or otherwise Respond by January 17, 2024. As of the date of this Declaration, Vectra AI has not filed an Answer. No attorney has made an appearance on behalf of Vectra AI. The applicable time limit for responding to the complaint expired on January 17, 2024.

4. Vectra AI is not a minor or incompetent person. Vectra AI is not currently in the military service, and therefore, the Service Members Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America on January 29, 2024 that the foregoing is true and correct.

//

Dated: January 29, 2024                          Respectfully Submitted

                                                 */s/ Colin R. Jensen*
                                                 Colin R. Jensen