# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**VECTRA AI, Inc.,**<br><br>Defendant | **Case No. 1:23-cv-01528-RP**<br><br>**Jury Trial Demanded** |

## CLERK'S ENTRY OF DEFAULT AS TO VECTRA AI, INC.

Plaintiff Speech Transcription, LLC has requested Entry of Default as to Vectra AI, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a). From the declaration of Colin R. Jensen submitted in support of Plaintiff's Request, and the Court's record in this action, the Clerk finds that Vectra AI has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Vectra AI is hereby entered.

United States District Clerk of the Court
Western District of Texas

By: _____
      Deputy Clerk