FILED
January 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____pg_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Speech Transcription, LLC | ' |
| Plaintiff | ' |
| v. | ' Civil No. 1:23-cv-01528-RP |
| Vectra AI, Inc | ' |
| Defendant | ' |

## CLERK'S ENTRY OF DEFAULT

IT APPEARS from the records, as indicated in the Affidavit in Support of Motion for Entry of Default, that the above titled action was served upon the Defendant Vectra AI, Inc. FURTHER APPEARS that the Plaintiff's Motion for Entry of Default states said Defendant has failed to make an appearance, respond, or otherwise defend said action as directed.

NOW, THEREFORE, on Plaintiff's request, on this 31st day of January 2024, DEFAULT is hereby entered against Defendant Vectra AI, Inc.

PHILIP J. DEVLIN, CLERK OF COURT
U.S. DISTRICT COURT

By: _____
Deputy Clerk