IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1528-RP |
| | § | |
| VECTRA AI, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Speech Transcription, LLC ("Plaintiff") filed this action on December 15, 2023. (Dkt. 1). To date, Defendant Vectra AI, Inc. ("Defendant") has not appeared in this action. The Clerk of the Court entered default against Defendant on January 31, 2024. (Dkt. 7). When a party fails to timely plead or defend, it may be held in default. Fed. R. Civ. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55.

Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendant or (b) file a status report **on or before April 19, 2024**.

**SIGNED** on March 19, 2024.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE