Prep your Microsoft environment for an identity-based attack.   Book an identity exposure gap analysis today.



[← Back to all news releases]

# Vectra announces 104% growth in annual recurring revenue during 2018

Vectra today announced that it grew annual recurring revenue in 2018 by 104%, compared to 2017.

During the second half of 2018, Vectra announced an important technology partnership and AI product integration with Microsoft Azure to protect enterprise customers in the cloud. Vectra also appointed two senior executives to drive global expansion and was honored with significant industry recognition from leading global organizations and analyst firms.

Additionally, Vectra introduced Cognito Recall, the industry's first network-focused threat-hunting and incident-response product. A comprehensive source of enriched metadata, Cognito Recall empowers security analysts to conduct conclusive incident investigations and perform AI-assisted threat hunting.

"Vectra continues to drive triple-digit revenue growth," said Hitesh Sheth, president and CEO of Vectra. "And our customer growth, expansion of the Cognito platform, technology integrations, and industry recognition demonstrate that we are leading the transformation of cybersecurity using AI."

**Second-half 2018 highlights**

From July through December 2018, major accomplishments and drivers to the Vectra business have included:

- A technology integration with Microsoft Azure. The Cognito platform detects hidden cyberattackers in native Microsoft Azure cloud environments with virtual sensors running in Azure that integrate with the Azure Virtual Network Terminal Access Point (TAP). This integration enables Vectra to provide complete cyberattack visibility – without requiring agents – into enterprise network traffic and Azure cloud workloads.

- Bolton NHS Foundation Trust selected the Cognito threat-detection and response platform from Vectra to expose hidden attackers inside its network. The Cognito platform utilizes AI and always-learning threat behavior models to mitigate security risks that could impact clinical care, operations and patient safety.

- Expansion of its leadership team with the appointment of two senior executives. Jennifer Wang is vice president of customer success, leading the effort to strategically align and expand the Vectra customer success team as the company grows across the international marketplace. As vice president of human resources, Aaron Bean is responsible for all aspects of HR leadership at Vectra and directs the HR team worldwide, focusing on the attraction, development and retention of talent at all levels of the organization.

**Industry recognition**

- Ranked 116th on Deloitte's Technology Fast 500™, a ranking of the 500 fastest-growing technology, media, telecommunications, life sciences and energy tech companies in North America. Vectra grew 1,099 percent from 2014 to 2017.

- Named a Red Herring 2018 Top 100 Global company in recognition of leadingprivate companies from North America, Europe, and Asia. Companies on the Red Herring Top 100 list are chosen based on technological innovation, financialperformance, business strategy, and market penetration.

- Positioned by Enterprise Management Associates (EMA) as a Value Leader and Technology Innovator in its report, "EMA Radar for Network-Based Security Analytics." Vectra was recognized for its industry-leading Cognito platform, which enables security operations teams to detect cyberthreats in real time and perform AI-assisted threat hunting.

- Presented with the 2018 Visionary Innovation Leadership Award for internet-of-things (IoT) cybersecurity by the growth partnership firm of Frost & Sullivan. The awardwas presented to Vectra as a result of independent research and in-depth analysis by Frost & Sullivan.

- Recognized as an IDC Innovator by International Data Corp. for integrating network threat-detection and response into virtualized environments, endpoint detection and response (EDR), security information and event management (SIEM), and other security ecosystem defenses to provide automated detection and containment.

Cognito Detect and its AI counterpart, Cognito Recall, are cornerstones of the Cognito platform. Cognito Detect automates the real-time detection of hidden attackers while giving Cognito Recall a logical starting point to respond by using AI-assisted threat hunting and conducting conclusive incident investigations.



### Vectra AI Recognized on the First-Ever CRN AI 100 List

Read news release



### 静岡県西部に事業展開する「遠鉄グループ」Vectra AIのNDRを採用

静岡県浜松市を中心に鉄道やバスなどの運輸事業から総合生活産業として事業を展開する遠鉄グループ株式会社がグループ全体のネットワークセキュリティ強化のためにVectra AIのNDR (ネットワーク検知・対応) ソリューションを採用したと発表しました。

Read news release



### Vectra AI Named to CRN's 2024 Security 100 List

Read news release







Vectra announces 104% growth in annual recurring revenue during 2018 - Vectra news release
Case 1:23-cv-01528-RP   Document 9-7   Filed 04/19/24   Page 5 of 5
4/19/24, 8:57 PM

| Platform | Use Cases | Hybrid Attack Types | Industries | Customers | Partners | Contact Us |
|---|---|---|---|---|---|---|
| Public Cloud | SOC MODERNIZATION | Account Takeover | Critical National Infrastructure | Customer Stories | Become a Partner | support@vectra.ai |
| SaaS | EDR Extension | Advanced Persistent Threats | Energy & Utilities | Support Hub | Partner Overview | Headquarters |
| Identity | IDS Replacement |  | Finance |  | MSSPs | 550 S. Winchester Blvd. |
| Network | PCAP Replacement | Data Breach | Government/Federal | Knowledge Center | Technology Partners | Suite 200 |
| Endpoint | SIEM Optimization | Nation State Attacks | Healthcare | Product Releases |  | San Jose, CA, USA 95128 |
| Managed Extended Detection & Response Services | Signature + AI-driven Detection | Ransomware | Higher Education | Professional Services | VARs & Distributors |  |
|  |  | Supply Chain Attacks | Manufacturing |  |  |  |
| See our Integrations | CYBER RESILIENCE |  | Pharmaceutical & medical | Managed Extended Detection & Response Services | Partner Portal Login |  |
|  | Cloud Identity Protection | Hybrid Attacks Progressions | Real Estate |  | Company |  |
| Our AI | Cloud Control Plane Protection | Zero-day Exploit | Retail & Wholesale | Research & Insights | About Us |  |
| Vectra AI Detections |  |  | Telecom |  | Leadership |  |
|  | Cloud Posture Improvement | Spear Phishing |  | Resources | Board of Directors |  |
| Product in Action |  | MFA Bypass |  |  | Investors |  |
| Vectra AI Platform Video Demo | RISK MANAGEMENT | Credential Stuffing |  | Blog | Blog |  |
|  | OT Environment Risk | Sunburst |  | Resource Center | Careers |  |
| Vectra AI Platform Tour | Critical Infrastructure Risk | Live off the Land |  | Events and Webinars |  |  |
| Stop a hybrid attack tour | Remote Workforce Risk |  |  |  |  |  |
| Stop a ransomware tour | See all Use Cases |  |  |  |  |  |
| Stop an AWS attack tour |  |  |  |  |  |  |

Data Processing Agreement    Terms of Service    Terms of Use    Trademarks    Trust Center    Privacy Policy    Vectra Ethics Hotline