Case 1:23-cv-01528-RP   Document 9-8   Filed 04/19/24   Page 1 of 4

Vectra is ranked the 116th fastest growing company in North America on Deloitte's 2018 Technology Fast 500™ - Vectra news release    4/19/24, 10:30 PM

< Back to all news releases

# Vectra is ranked the 116th fastest growing company in North America on Deloitte's 2018 Technology Fast 500™

Prep your Microsoft environment for an identity-based attack.   Book an identity exposure gap analysis today.



| Platform | Customers | Research & Insights | Resources | Partners | Company | Contact Us | Free Demo |

Vectra today announced it ranked 116th on Deloitte's Technology Fast 500™, a ranking of the 500 fastest growing technology, media, telecommunications, life sciences and energy tech companies in North America. Vectra grew 1,099 percent during this period.

Vectra CFO Howie Shohet, credits the company's growth to how its Cognito platform enables enterprise security teams to detect the behaviors of cyberattackers that have evaded other security controls to prevent loss of critical data.

"We are honored to be recognized on Deloitte's 2018 Technology Fast 500 list," said Shohet. "This recognition validates our customers' adoption of AI to address the requirement to automate real-time cyberattack detection and empower threat hunting."

"Congratulations to the Deloitte 2018 Technology Fast 500 winners on this impressive achievement," said Sandra Shirai, vice chairman, Deloitte LLP, and U.S. technology, media and telecommunications leader. "These companies are innovators who have converted their disruptive ideas into products, services and experiences that can captivate new customers and drive remarkable growth."

"Software, which accounts for nearly two of every three companies on the list, continues to produce some of the most exciting technologies of the 21st century, including innovations in artificial intelligence, predictive analytics and robotics," said Mohana Dissanayake, partner, Deloitte & Touche LLP, and industry leader for technology, media and telecommunications, within Deloitte's audit and assurance practice. "This year's ranking demonstrates what is likely a national phenomenon, where many companies from all parts of America are transforming the way we do business by combining breakthrough research and development, entrepreneurship and rapid growth."

Overall, 2018 Technology Fast 500™ companies achieved revenue growth ranging from 143 percent to 77,260 percent from 2014 to 2017, with median growth of 412 percent.

Case 1:23-cv-01528-RP   Document 9-8   Filed 04/19/24   Page 2 of 4

Vectra is ranked the 116th fastest-growing company in North America on Deloitte's 2018 Technology Fast 500™ - Vectra news release 4/19/24, 10:30 PM

## About Deloitte's 2018 Technology Fast 500™

Deloitte's Technology Fast 500 provides a ranking of the fastest growing technology, media, telecommunications, life sciences and energy tech companies — both public and private — in North America. Technology Fast 500 award winners are selected based on percentage fiscal year revenue growth from 2014 to 2017.

In order to be eligible for Technology Fast 500 recognition, companies must own proprietary intellectual property or technology that is sold to customers in products that contribute to a majority of the company's operating revenues. Companies must have base-year operating revenues of at least $50,000 USD, and current-year operating revenues of at least $5 million USD. Additionally, companies must be in business for a minimum of four years and be headquartered within North America.



### Vectra AI Recognized on the First-Ever CRN AI 100 List

Read news release  >



### 静岡県西部に事業展開する「遠鉄グループ」Vectra AIのNDRを採用

静岡県浜松市を中心に鉄道やバスなどの運輸事業から総合生活産業として事業を展開する遠鉄グループ株式会社がグループ全体のネットワークセキュリティ強化のためにVectra AIのNDR (ネットワーク検知・対応) ソリューションを採用したと発表しました。

Read news release  >



### Vectra AI Named to CRN's 2024 Security 100 List

Read news release  >

Case 1:23-cv-01528-RP   Document 9-8   Filed 04/19/24   Page 3 of 4

Vectra is ranked the 116th fastest-growing company in North America on Deloitte's 2018 Technology Fast 500™ - Vectra news release    4/19/24, 10:30 PM

## AI Platform
# Vectra AI Platform

The integrated signal for extended detection and response (XDR)

Detect – Prioritize – Investigate – Respond

| Public Cloud | SaaS | Identity | Network | Endpoint |
|---|---|---|---|---|
| Learn more | Learn more | Learn more | Learn more | Our Technology Partners |

## Managed Extended Detection & Response Services

Learn more

Explore the Platform



Vectra is ranked the 116th fastest growing company in North America on Deloitte's 2018 Technology Fast 500™ — Vectra news release

Case 1:23-cv-01528-RP   Document 9-8   Filed 04/19/24   Page 4 of 4

4/19/24, 10:30 PM

## Platform

- Public Cloud
- SaaS
- Identity
- Network
- Endpoint
- Managed Extended Detection & Response Services
- See our Integrations

## Our AI

- Vectra AI Detections

## Product in Action

- Vectra AI Platform Video Demo
- Vectra AI Platform Tour
- Stop a hybrid attack tour
- Stop a ransomware tour
- Stop an AWS attack tour

## Use Cases

### SOC MODERNIZATION
- EDR Extension
- IDS Replacement
- PCAP Replacement
- SIEM Optimization
- Signature + AI-driven Detection

### CYBER RESILIENCE
- Cloud Identity Protection
- Cloud Control Plane Protection
- Cloud Posture Improvement

### RISK MANAGEMENT
- OT Environment Risk
- Critical Infrastructure Risk
- Remote Workforce Risk

- See all Use Cases

## Hybrid Attack Types

- Account Takeover
- Advanced Persistent Threats
- Data Breach
- Nation State Attacks
- Ransomware
- Supply Chain Attacks

## Hybrid Attacks Progressions

- Zero-day Exploit
- Spear Phishing
- MFA Bypass
- Credential Stuffing
- Sunburst
- Live off the Land

## Industries

- Critical National Infrastructure
- Energy & Utilities
- Finance
- Government/Federal
- Healthcare
- Higher Education
- Manufacturing
- Pharmaceutical & medical
- Real Estate
- Retail & Wholesale
- Telecom

## Customers

- Customer Stories

### Support Hub
- Knowledge Center
- Product Releases

### Professional Services
- Managed Extended Detection & Response Services

### Research & Insights

### Resources
- Blog
- Resource Center
- Events and Webinars

## Partners

- Become a Partner
- Partner Overview
- MSSPs
- Technology Partners
- VARs & Distributors
- Partner Portal Login

## Company

- About Us
- Leadership
- Board of Directors
- Investors
- Blog
- Careers

## Contact Us

support@vectra.ai

Headquarters
550 S. Winchester Blvd.
Suite 200
San Jose, CA, USA 95128

---

Data Processing Agreement | Terms of Service | Terms of Use | Trademarks | Trust Center | Privacy Policy | Vectra Ethics Hotline