IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>        Plaintiff,<br>v.<br><br>VECTRA AI, INC.,<br><br>        Defendant. | Case No.: 1:23-cv-01528-RP |

## JOINT STIPULATION

Plaintiff Speech Transcription, LLC ("Speech Transcription") and Defendant Vectra AI, Inc. ("Vectra") (collectively "Parties") stipulate as follows: (i) Speech Transcription withdraws its Motion for Default Judgment against Vectra AI, Inc. (Dkt. 9), and (ii) Vectra will respond to the Complaint (Dkt. 1) by May 30, 2024.

Date: May 16, 2024

Respectfully submitted,

/s/ Randall Garteiser

Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

1

René A. Vazquez Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct. Leesburg, Virginia 20176
Telephone: (703) 89-2244

*Counsel for Plaintiff Speech Transcription, LLC.*

/s/ Krishnan Padmanabhan
Krishnan Padmanabhan
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Defendant Vectra AI, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

/s/ Krishnan Padmanabhan
Krishnan Padmanabhan

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Stipulation. The Parties are jointly seeking the relief sought in this Stipulation.

/s/ Krishnan Padmanabhan
Krishnan Padmanabhan