IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>VECTRA AI, INC.,<br><br>　　　　　　　Defendant. | Case No.: 1:23-cv-01528-RP |

### [PROPOSED] ORDER

Having considered the parties' Joint Stipulation and having found good cause for the same, the Court issues the following order.

1.　　It is hereby ORDERED that this Stipulation is entered into this case in accordance with the Stipulation of the parties.  Plaintiff Speech Transcription LLC withdraws its Motion for Default Judgment against Vectra AI, Inc. (Dkt. 9), and defendant Vectra AI, Inc. will respond to the Complaint (Dkt. 1) by May 30, 2024.


SIGNED this _____ day of _____ 2024.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert Pitman
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE