IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1528-RP |
| VECTRA AI, INC., | § § § | |
| Defendant. | § § | |

## ORDER

On May 16, 2024, the parties filed a stipulation that Plaintiff Speech Transcription, LLC ("Speech Transcription") shall withdraw its motion for default judgment and Defendant Vectra AI, Inc. ("Vectra") shall respond to the complaint on or before May 30, 2024. (Dkt. 11). In light of the parties' stipulation, **IT IS ORDERED** that the motion for default judgment, (Dkt. 9), is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Vectra shall answer or otherwise respond to Speech Transcription's complaint on or before May 30, 2024.

**SIGNED** on May 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE