UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| SPEECH TRANSCRIPTION, LLC,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>VECTRA AI, INC.,<br><br>　　　　　　　*Defendant*. | Case No. 23-cv-1528-RP |

**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANT VECTRA AI, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(C)**

I, Krishnan Padmanabhan, hereby declare the following:

　　1.　　I am a partner at Winston & Strawn LLP and counsel to Defendant Vectra AI, Inc. ("Vectra") in the above captioned matter. I respectfully submit this declaration for the purpose of transmitting certain documents filed in support Vectra's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(C). The below exhibits are being filed concurrently with this Declaration.

　　2.　　Attached as **Exhibit 1** is a true and correct copy an Appeal Brief, dated April 1, 2011 submitted in the prosecution of U.S. Patent Application No. 11/597,486 (the "'486 Application"), which ultimately issued as U.S. Patent No. 8,938,799.

　　3.　　Attached as **Exhibit 2** is a true and correct copy of the U.S. Patent and Trademark Office's Decision on Appeal dated August 8, 2014, submitted in the prosecution of the '486 Application.

　　4.　　Attached as **Exhibit 3** is a true and correct copy of the Notice of Allowance, dated November 6, 2014, submitted in the prosecution of the '486 Application.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and recollection, the foregoing is true and correct.

Dated: May 29, 2024                                          Respectfully submitted,

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

**WINSTON & STRAWN LLP**
Krishnan Padmanabhan
California Bar No. 254220
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
kpadmanabhan@winston.com

*Attorneys for Defendant*
*Vectra AI, Inc.*