UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | : : : : : : : : : : : : | Case No. 23-cv-1528-RP |
| *Plaintiff*, |  |  |
| v. |  |  |
| VECTRA AI, INC., |  |  |
| *Defendant*. |  |  |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Defendant Vectra AI, Inc. ("Vectra") has no parent company, and to its knowledge there is no publicly held corporation owning 10% or more of its stock.

The undersigned further, by and through its undersigned counsel, certifies that as of this date, other than the named party, no such interest is known.

Dated: May 29, 2024

Respectfully submitted,

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

**WINSTON & STRAWN LLP**
Krishnan Padmanabhan
California Bar No. 254220
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
kpadmanabhan@winston.com

*Attorneys for Defendant*
*Vectra AI, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are served with a copy of this document via the Court's EM/ECF System on May 29, 2024.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan