IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § § § | |
| *Plaintiff,* | § § | Case No.: 1:23-cv-01528-RP |
| v. | § § | **JURY TRIAL DEMANDED** |
| VECTRA AI, INC., | § § § | |
| *Defendant.* | § § | |

**UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANT VECTRA AI, INC. TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(C)**

Defendant Vectra AI, Inc. ("Vectra") files this unopposed Motion to grant an extension of time to respond to Plaintiff's Brief in Opposition to Rule 12(c) Motion for Judgment on the Pleadings (ECF No. 19). The deadline for Defendant Vectra to file its Reply is currently June 27, 2024. Defendant has requested an extension of time for one week, making the new deadline July 5, 2024. Plaintiff has agreed to the request. Defendant respectfully requests that the Court extend Defendant's deadline to file its Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(C) to July 5, 2024.

Dated: June 21, 2024

Respectfully submitted,

BY: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
Christopher Thomas Gresalfi (*pro hac vice*)
cgresalfi@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com

1

**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant*
*Vectra AI, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff, and counsel indicated that Plaintiff is unopposed to the relief requested.

/s/ *Krishnan Padmanabhan*
Krishnan Padmanabhan

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024 a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic filing using the Court's CM/ECF system.

/s/ *Krishnan Padmanabhan*
Krishnan Padmanabhan

AmericasActive:20082441.1