**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **SPEECH TRANCRIPTION, LLC,** | |
| Plaintiff | **Case No. 1:23-cv-01528-RP** |
| v. | **PATENT CASE** |
| **VECTRA AI, INC.,** | |
| Defendant. | |

**STIPULATED JOINT MOTION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC ("Speech Transcription") and Defendant Vectra AI, Inc. ("Defendant" or "Vectra AI") respectfully submit this stipulation of dismissal of Speech Transcription's claims against Vectra AI with prejudice.

Dated: July 12, 2024                           Respectfully Submitted

1

Dated:  July 12, 2024								Respectfully Submitted

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com
**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 89-2244

**COUNSEL FOR PLAINTIFF**


*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
Christopher Thomas Gresalfi
**WINSTON & STRAWN LLP**
200 Park Avenue New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: kpadmanabhan@winston.com Email: cgresalfi@Winston.com

Saranya Raghavan
**WINSTON & STRAWN LLP**
35 W. Wacker Drive Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700 Email: sraghavan@winston.com

**ATTORNEYS FOR DEFENDANT VECTRA AI, INC.**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

/s/ Randall Garteiser
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ Randall Garteiser
Randall Garteiser